**Order entered November 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00434-CV

### WORK IT OUT, LLC., Appellant

### V.

### FEDERAL NATIONAL MORTGAGE ASSOCIATION A/K/A FANNIE MAE, Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-09125**

## ORDER

We **DENY** appellee's October 21, 2014 motion to dismiss the appeal for want of prosecution.

On the Court's own motion, we treat appellant's November 7, 2014 response to appellee's motion to dismiss as a motion for an extension of time to file its brief. We **GRANT** the motion and order the brief tendered to this Court by appellant on September 5, 2014 filed as of the date of this order.

Appellee's brief is due thirty days from the date of this order.

/s/     ELIZABETH LANG-MIERS
            JUSTICE